IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1541-AP**

**JOHN LOPEZ,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

# ORDER

Kane, J.

Defendant's Unopposed Motion for Remand [doc. #14], filed August 26, 2014, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  August 26, 2014.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT